

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

After consideration, we GRANT Appellant's Unopposed Motion for Extension of Time to File Appellant's Motion for Rehearing and Motion for Rehearing En Banc. Appellant's motion is due on or before December 28, 2021. Any further request for extension of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court